UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| SARAH JUAREZ, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 2:09-cv-160 |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | Judge Mattice |
| Defendant. | ) | |

## ORDER

United States Magistrate Judge Susan K. Lee filed her report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b) on February 8, 2010 [Court Doc. 13]. Neither party filed objections within the given 14 days.

After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Magistrate Judge Lee recommended that Plaintiff's Motion for Summary Judgment [Court Doc. 7] be granted. To the extent that Plaintiff requested a reversal of the Commissioner's decision and an award of benefits, Plaintiff's Motion is **DENIED**. To the extent that Plaintiff requested a remand of this action, Plaintiff's Motion is **GRANTED**. Accordingly, the Court **ORDERS** that Plaintiff's Motion for Summary Judgment [Court Doc. 7] is **GRANTED IN PART** and **DENIED IN PART** and that Defendant's Motion for Summary Judgment [Court Doc. 11] is **DENIED**. The Commissioner's decision denying benefits is **REVERSED** and **REMANDED** pursuant to Sentence Four of 42 U.S.C. § 405(g) for further

evaluation.

**SO ORDERED** this 1st day of March, 2010.

                                                */s/Harry S. Mattice, Jr.*
                                                HARRY S. MATTICE, JR.
                                                UNITED STATES DISTRICT JUDGE